UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Perry D. Lockridge,

    Petitioner,

        v.                              Case No.   1:16cv674

State of Ohio,                            Judge Michael R. Barrett

    Respondent.

### ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on June 23, 2017 (Doc. 15).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 15) of the Magistrate Judge is hereby **ADOPTED**. Respondent's Motion to Dismiss (Doc. 10) is **GRANTED**. The Court notes that on June 27, 2017 an Order (Doc. 16) was entered by the Sixth Court of Appeals denying consideration of a second or successive habeas petition.

    **IT IS SO ORDERED.**

                                                       *s/Michael R. Barrett*
                                                       Michael R. Barrett
                                                       United States District Judge